UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
HELENA DIVISION

**JIMMIE WILSON, ET AL.**   **PLAINTIFFS**

**VS.**   **CASE NO. 2:06CV00169**

**MIKE HUCKABEE, IN HIS OFFICIAL**
**CAPACITY AS GOVERNOR OR THE STATE OF**
**ARKANSAS AND A MEMVER OF THE STATE BOARD OF**
**APPORTIONMENT**   **DEFENDANTS**

### JUDGMENT

Pursuant to the Order entered on this day, it is Considered, Ordered and Adjudged that the complaint in the above styled case be, and is hereby, dismissed.

IT IS SO ORDERED this __17__ day of November, 2006.

_____
James M. Moody
United States District Judge